United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 10, 2007**

Charles R. Fulbruge III
Clerk

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 06-40737
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-
Appellee,

versus

JAMES MATTHEW POOLE,

Defendant-
Appellant.

---------------------------------------------------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:05-CR-96-ALL
---------------------------------------------------------------

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM:[*]

James Matthew Poole pleaded guilty to being a felon in possession of a firearm in violation

of 18 U.S.C. § 922(g)(1). Pursuant to 18 U.S.C. § 924(e), he received an enhanced sentence of 180

months of imprisonment, to be followed by a three-year term of supervised release.

Poole argues that the district court erred in counting his four prior burglary convictions as

separate offenses for purposes of § 924(e). The district court did not so err. *See United States v.*

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

*White*, 465 F.3d 250, 253 (5th Cir. 2006), *cert. denied*, 127 S. Ct. 1167 (2007); *United States v. Medina-Gutierrez*, 980 F.2d 980, 982-83 (5th Cir. 1992).

AFFIRMED.